JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY MARTIN,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN BIRKHOLZ,<br><br>        Respondent. | Case No. 2:22-cv-07588-AB (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: January 30, 2023

_____
HONORABLE ANDRE BIROTTE JR.
United States District Judge